UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIMELDA MENDEZ on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>LAGO RESORT & CASINO, LLC d/b/a DEL LAGO RESORT & CASINO,<br>Defendant. | Case No. 1:18-cv-07698-RA<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         February 20, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Daniella Adler, Esq.
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
DAdler@littler.com
*Attorney for Defendant*